

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Susan Bobo, Appellant

No. 06-16-00048-CV      v.

Elezebeth Varughese, Appellee

Appeal from the 17th District Court of Tarrant County, Texas (Tr. Ct. No. 017-271575-14). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no reversible error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Susan Bobo, pay all costs of this appeal.

RENDERED DECEMBER 9, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk